UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CHRISTOPHER A. SCHENK                                                                    PLAINTIFF

v.                                                                   CIVIL ACTION NO. 3:08-CV-P585-S

CORRECTIONS CORPORATION OF AMERICA et al.                               DEFENDANTS

**MEMORANDUM OPINION**

Plaintiff initiated this civil action under 42 U.S.C. § 1983.  Upon filing the instant action, he assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims.  *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel.  Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The Clerk of Court sent a mailing to Plaintiff on January 12, 2009.  That mailing was returned by the Marion Adjustment Center stating that Plaintiff was no longer there and giving a forwarding address for Plaintiff.  The mailing was resent to the forwarding address provided, but that mailing was returned by the U.S. Post Office marked:  "Return to Sender; No Mail Receptacle; Unable to Forward."  Plaintiff has not advised the Court of a change of address, and neither notices from this Court nor filings by Defendants in this action can be served on Plaintiff.  In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).  Because it appears to this Court that Plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss the case by separate order.

Date:

cc:        Plaintiff, *pro se*
           Defendants
4411.009