UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**CHRISTOPHER A. SCHENK**                                                                 **PLAINTIFF**

v.                                                                **CIVIL ACTION NO. 3:08-CV-P585-S**

**CORRECTIONS CORPORATION OF AMERICA et al.**                        **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice**.

There being no just reason for delay in its entry, this is a final Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc: Plaintiff, *pro se*
    Defendants
4411.009